UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: | DARREN BOSSIER | CASE NO. 14-12672 |
|---|---|---|
| | MEI BOSSIER | SECTION B |
| | DEBTORS | CHAPTER 13 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT ORDER**

Considering the Motion for Relief from Stay (the "Motion") (**P-64**) filed by SN Servicing Corporation, as servicer for US Bank Trust National Association as Trustee of the Tiki Series III Trust, proper notice having been given, a hearing have been scheduled for March 4, 2020 and by consent of the parties, the stay is modified by the terms of this Order. As of the hearing date, the post-petition delinquency is itemized as follows:

1. 5 Post-Petition Installments of $1,314.67 each due for
   August 1, 2019 to December 1, 2019 ………………………………………… $6,573.35

2. 2 Post-Petition Installments of $1,135.98 each due for
   January 1, 2020 to February 1, 2020 ……………………………………… $2,271.96

3. Attorney Fee …………………………………………………………….. 500.00

4. Court Cost ………………………………………………………………. 181.00

5. Suspense Balance ………………………………………………………….. (969.36)

                                                    TOTAL     **$8,556.95**

IT IS ORDERED that Debtors will pay the sum of $7,500.00 within fifteen (15) days from the entry of this Order thereby reducing the post-petition delinquency to $1,056.95. If SN Servicing Corporation does not receive $7,500.00 within the fifteen (15) days, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtors and Debtors' counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that the Debtors shall cure the remaining post-petition delinquency of $1,056.95 by paying one (1) monthly installment of $528.48 and one (1) and last monthly installment of $528.47 directly to SN Servicing Corporation beginning April 1, 2020 and ending May 1, 2020. This amount is in addition to the regular monthly payment. If SN Servicing Corporation does not receive the additional payment or any part thereof within thirty (30) days of its due date, which is the first (1st) of the month, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtors and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that Debtors shall pay the ongoing post-petition payments timely as they come due directly to SN Servicing Corporation commencing with the March 1, 2020 payment. Should SN Servicing Corporation not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtors and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court shall lift the stay upon the presentation of an Affidavit of Default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion. This order shall survive one (1) year after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

IT FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 3, 2020.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

| Submitted by: | READ and AGREED: |
|---|---|
| /s/ Matthew Resor | /s/ Phillip D. Rubins |
| Matthew Resor (No. 36929) | Phillip D. Rubins (No. 17779) |
| JACKSON & McPHERSON, L.L.C. | Attorney for Debtors |
| 935 Gravier Street, Suite 1400 | 4051 Veterans Memorial Blvd., Suite 305 |
| New Orleans, Louisiana 70112 | Metairie, Louisiana 70002 |
| 504-581-9444 | 504-454-7763 |